IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )        4:02CR3056
                Plaintiff,       )
                                 )
     vs.                         )        ORDER
                                 )
STEVEN K. TOLSTEDT,              )
                                 )
                Defendant.       )
```

IT IS ORDERED that a revocation hearing is set to commence at **1:00 p.m. on November 2, 2005** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated:  September 16, 2005.

BY THE COURT

s/ David L. Piester

_____
David L. Piester
United States Magistrate Judge