IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3056 |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| STEVEN K. TOLSTEDT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court following the Final Hearing on Revocation of Supervised Release held on December 7, 2005.

Having found that the defendant violated his conditions of supervised release by not filing tax returns within the time required by the conditions of supervised release, but recognizing that the defendant has now filed all required returns and thus has cured the violations of his supervised release,

IT IS ORDERED:

(1) That the court declines to revoke the conditions of supervised release. The defendant's period of supervised release shall expire as a matter of course with no further action required.

(2) The Clerk of the Court shall provide a copy of this memorandum and order to Mr. Tolstedt, Mr. Everett, counsel for the government, Mr. Stickman, standby counsel, and Douglas Steensma, USPO.

DATED this 8th day of December, 2005.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge